UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DURKEE,

    Plaintiff,

v.

FORD MOTOR COMPANY,

    Defendant.

_____/

No. C 14-0617 PJH

**ORDER VACATING HEARING DATE**

Plaintiff Michael Durkee having failed to file an opposition to defendant Ford Motor Company's special motion to strike within the time required under Civil Local Rule 7-3, the hearing date, presently set for June 11, 2014, is VACATED.

**IT IS SO ORDERED.**

Dated: May 22, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge